**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ADENIKE ADEBIYI,

                **Plaintiff,**

      -against-

FLORIDA DEPARTMENT OF HEALTH,
et al.,

                **Defendants.**

**1:24-cv-08472 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff requests the appointment of *pro bono* counsel. ECF No. 10. The factors to be considered in ruling on an indigent litigant's request for *pro bono* counsel include the merits of the case, the litigant's efforts to obtain a lawyer, and the litigant's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention . . . ." *Cooper*, 877 F.2d at 172. Because it is too early in the proceeding for the Court to assess the merits of the action, the Court denies Plaintiff's request for the appointment of *pro bono* counsel without prejudice to renewal at a later date.

**SO ORDERED.**

Dated:   **March 3, 2025**
         **New York, New York**

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**